## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWARDSVILLE COMMUNITY UNIT
SCHOOL DISTRICT #7,**

   **Plaintiff,**

**v.**

**K&S ASSOCIATES, INC.,**

   **Defendant.**                         **Case No. 11-cv-806-MJR-PMF**

## ORDER

**HERNDON, Chief Judge:**

   The Court hereby finds that under the logic of *Smith v. Check-n-Go*, 200 F.3d 511 (7th Cir. 1999), given the similarities between this case and *K&S Associates, Inc. v. Edwardsville Community Unit School District No. 7*, No. 11-cv-598-DRH-DGW, previously before the Honorable Chief Judge Herndon, this case should be reassigned to him.  Similarly,  Magistrate Judge Donald G. Wilkerson is also reassigned to *Edwardsville Community Unit School District #7 v. K&S Associates, Inc.*, No. 11-cv-806, to ensure consistency in discovery rulings.  Accordingly, the Court **REASSIGNS** this case to the Honorable Chief Judge Herndon for all further proceedings in order to preserve judicial economy and avoid inconsistent judgments. All future filings in this case shall bear the case number 11-cv-806-DRH-DGW.

   **IT IS SO ORDERED.**

   Signed this 2nd day of September, 2011.

Digitally signed by David R.
Herndon
Date: 2011.09.02 15:34:20
-05'00'

**Chief Judge
United States District Court**