IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARDSVILLE COMMUNITY
UNIT SCHOOL DISTRICT #7,

Plaintiff,

v.  No. 11-cv-806-DRH

K&S ASSOCIATES, INC.,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. The record reflects that defendant has not filed the required Federal Rule of Civil Procedure 7.1 disclosure statement. Thus, the Court ORDERS defendant to file its disclosure statement on or before September 29, 2011.

**IT IS SO ORDERED.**

Signed this 22nd day of September, 2011.

Digitally signed by David R. Herndon
Date: 2011.09.22 10:19:13 -05'00'

Chief Judge
United States District Court